UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Alexander Clarke
                Plaintiff,

v.                                               Case No.: 1:21−cv−04522
                                                       Honorable John Robert Blakey

Lemonade Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 14, 2021:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' motion to stay, and hereby stays this case until 2/15/22 to allow the parties to pursue private mediation. The parties shall file an updated status report by 2/10/22 concerning the status of their settlement efforts; if the case has not resolved, they should propose reasonable case management dates, including a deadline for Defendant's responsive pleading. The 10/21/21 Notice of Motion date is stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.