**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Alexander Clarke
                           Plaintiff,

v.                                             Case No.: 1:21−cv−04522
                                               Honorable John Robert Blakey

Lemonade Inc.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 31, 2022:

    MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the notice of voluntary dismissal [30] docketed in lead case 21cv4513 Jones et al v. Lemonade and this case being consolidated with that case on 9/7/2021, this case is dismissed without prejudice. Any pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.